UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

MIDWEST AIR TECHNOLOGIES, INC,

Plaintiff,

v.

UNITED STATES,

Defendant.

S U M M O N S

Court No. 23-00240

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2704 Long Beach | Center (if known): | CEE05 |
| Protest Number: | 2704-23-167080 | Date Protest Filed: | 6/23/2023 |
| Importer: | Midwest Air Technologies, Inc | Date Protest Denied: | 9/05/2023 |
| Category of Merchandise: | Long (Carbon and Alloy) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 525-09952603 | 04/02/2022 | 05/25/2023 | 525-09938784 | 04/02/2022 | 05/25/2023 |
| 525-09936481 | 04/02/2022 | 05/25/2023 | 525-09938933 | 04/02/2022 | 05/25/2023 |
| 525-09937059 | 04/02/2022 | 05/25/2023 | | | |
| 525-09937067 | 04/02/2022 | 05/25/2023 | | | |

Jackson D. Toof
ArentFox Schiff LLP
1717 K St, N. W.
Washington, D.C. 20006
(202) 857-6130
jackson.toof@afslaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Long (Carbon and Alloy) | 7306.30.5032 7306.30.1000 | 0% | 7308.90.9590 | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether imported long (alloy and steel) are properly classified under HTS Heading 7308.90.6000

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____/s/ Jackson D. Toof_____
*Signature of Plaintiff's Attorney*

11/13/2023
_____
*Date*

# SCHEDULE OF PROTESTS

CEE005 - Base Metals

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509936481 | 04/02/2023 | 05/25/2023 | 2704 |
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509937059 | 04/02/2023 | 05/25/2023 | 2704 |
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509937067 | 04/02/2023 | 05/25/2023 | 2704 |
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509938784 | 04/02/2023 | 05/25/2023 | 2704 |
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509938933 | 04/02/2023 | 05/25/2023 | 2704 |
| 270423167080 | 6/23/2023 | 9/5/2023 | 52509952603 | 04/02/2023 | 05/25/2023 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)