## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **MIDWEST AIR TECHNOLOGIES, INC.,** ) | **PUBLIC VERSION** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Court No. 23-00240** |
| ) | |
| **THE UNITED STATES**, ) | **Confidential Business Proprietary Information Deleted from Pages: 13-14.** |
| **Defendant.** ) | |

## COMPLAINT

Plaintiff, Midwest Air Technologies, Inc. ("Plaintiff" or "MATI"), in its capacity as a U.S. importer, through counsel, hereby respectfully states and alleges as follows:

### NATURE OF THE ACTION

1.      MATI brings this action against the United States seeking review of a decision concerning the classification of swaged line posts and swaged corner posts under the Harmonized Tariff Schedule of the United States ("HTSUS"), and a determination that swaged line posts and swaged corner posts should be classified under HTSUS Subheading 7308.90.6000.

2.      In U.S. Customs and Border Protection's ("CBP") denial of Protest No. 270423167080 filed by MATI at Port 2704 (the "Protest") concerning six entries, CBP determined that the proper classification of swaged line posts and swaged corner posts was HTSUS Subheadings 7306.30.5032 (16 gauge and lower) or, where applicable, 7306.30.1000 (18 gauge and higher), rather than HTSUS Subheading 7308.90.6000, as MATI contended.

1

3.      CBP's determination and denial of the Protest was contrary to law because it contravened the plain reading of HTS Heading 7308 in accordance with General Rules of Interpretation ("GRI") 1; Explanatory Notes ("EN") to the Harmonized Tariff Schedule that explicitly noted that "assembled fencing" and its parts are covered by HTS Heading 7308; and CBP rulings that classified similar or substantially similar products under HTS Heading 7308, as further detailed below.

**JURISDICTION**

4.      Plaintiff brings this action pursuant to 19 U.S.C. §§ 1514(a) and 1515, as a challenge to CBP's denial of the Protest.

5.      The Court has exclusive jurisdiction over this action under 28 U.S.C. § 1581(a).

**PARTIES**

6.      Midwest Air Technologies, Inc. is a corporation duly organized and existing under the laws of the State of Illinois. MATI produces and distributes, *inter alia*, quality fencing products.

7.      Defendant, United States, is the Federal defendant. Its agency, CBP, is responsible, *inter alia*, for the processing of protests filed under 19 U.S.C. § 1514(a), and has a statutory obligation, pursuant to 19 U.S.C. § 1515, to review protests and to allow or deny them in whole or in part.

**STANDING**

8.      MATI has standing to bring this action as the importer of record that filed the Protest under 19 U.S.C. § 1514 and is the real party in interest with respect to the denied Protest. Accordingly, Plaintiff has standing to commerce this action under 28 U.S.C. § 2631(a).

**TIMELINESS OF THIS ACTION**

9.      MATI files this Complaint within thirty (30) days of having filed the Summons.

10.     All liquidated duties, charges, and exactions due upon the merchandise were paid prior to filing the summons.

11.     MATI filed the Summons within 180 days of the denial of the Protest, which occurred on September 5, 2023. MATI thus timely filed the Summons and Complaint with this Court under 28 U.S.C. § 2636(a) and Rules 3(a)(1), 3(e), 6(a) of the Rules of the U.S. Court of International Trade (the "Rules").

**FACTUAL ALLEGATIONS**

**I.      Background of MATI**

12.     MATI is a leading producer of quality residential, farm, and recreational fencing products, outdoor living, plant support, and pet containment products. MATI manufactures and distributes these quality products under YardGard®, FarmGard®, Gilbert & Bennett®, Gardener's Blue Ribbon®, Everbilt®, and Pet Essentials® brands.

13.     MATI's diverse product offerings are made available through national and regional retailers, providing its customers with the highest quality products at a great value. Through innovative product offerings, MATI is able to expand into new markets with the consumer experience at the center of its development process.

**II.     Overview of Swaged Line Posts and Swaged Corner Posts**

14.     The products at issue are swaged line posts and swaged corner posts.[1]

_____

[1] Corner posts are also referred to as "terminal posts" or "end posts."

15.     Swaged line posts are the vertical posts that are typically placed every ten (10) feet in a chain link fence structure. Like top rails and corner posts, line posts are swaged at one end. *See* **Figure 1** (Sample picture of line post).



Line Post
*Swaged*

**Figure 1.**

16.     Swaged corner or terminal posts are the vertical posts that are typically found at the beginning and end of the chain link fence line, either at a point where the fence line ends or turns a different direction. Corner posts are thicker than line posts and form the "ends" of the chain link fencing framework. Like top rails and line posts, corner posts are swaged on one end. *See* **Figure 2** (Sample picture of corner/terminal post).



Terminal Post

*Swaged*

**Figure 2.**

17.     The swaged line posts and the swaged corner posts are major components of and integral to the framework to MATI's chain link fencing product. *See* **Figure 3** (Sample image of MATI's chain link fencing product); *see also* **Exhibit 1** (Product brochure for chain link fencing).



**Figure 3**

18.    Other components that make up MATI's chain link fencing product include:

| Category of Component | Components |
|---|---|
| Fabric | Fabric |
| Framework | Top Rail[2] |
| | Terminal Post/Corner Post |
| | Line Post |
| Fittings | Eye Top Tube Cap |
| | Tension Band |
| | Brace Band |
| | Rail End |
| | End Tube Cap |
| | Carriage Bolt - 5/16″ x 1-1/4″ |
| | Carriage Bolt - 3/8″ x 2″ |
| | Carriage Bolt - 3/8″ x 3″ |
| | The Wire |
| | Tension Bar |
| | Frame Hinge |
| | Post Hinge |
| | Fork Latch |
| Gates | Gates |

19.    Specifically, the swaged line posts and swaged corner posts are the vertical posts of the chain link framework. The framework supports the chain link fabric, which is stretched between the swaged corner posts and is supported by the swaged line posts and swaged top rails. The framework is made of galvanized tubular steel.

---

[2] The top rails are the horizontal tubes that form the upper part of the chain link fencing framework. One end of the top rail tube is swaged, which allows it to fit inside the non-swaged end of another top rail tube, thus forming a bond between the two top rail tubes. This swaged end into a non-swaged end connection begins at one terminal post and ends at another terminal post.

20.     The swaged line posts and swaged corner posts are secured to the ground by setting the posts in concrete. Thus, once the posts are set in concrete and secured to the ground, they remain in that position.

21.     The concrete base provides significant structural integrity to the posts, securing the whole chain link framework against shear load, often experienced during weather events and when excess weight is applied to the structure.

### III.     The Chain Link Framework Without Swaged Line Posts and Swaged Corner Posts

22.     MATI's chain link fencing product's structural integrity depends in large part on the integrity of the chain link framework. Although setting the posts in a concrete base helps provide important structural integrity to the chain link framework, external factors such as rust corrosion or the application of excessive weight can cause premature failures to the chain link framework, even if the framework is made from galvanized steel.

23.     Without the placement of a protective barrier over the hollow openings at the top of non-swaged line and corner posts, MATI observed that water formed excessive "pools" inside the tubes at the intersection between the posts and the concrete, causing the non-swaged line and corner posts to corrode faster over time.

24.     MATI placed standard caps on non-swaged posts to help prevent water from entering and pooling inside the posts. However, the placement of standard caps on non-swaged posts did not resolve the issue because the standard caps were often loose fitting and frequently disengaged from the posts, which ultimately allowed water and moisture to infiltrate the posts, causing premature corrosion and ultimately structural failure. *See* **Figure 4** (Sample image of non-swaged line and corner posts with standard caps); **Figure 5** (Sample image of standard end tube caps); **Figure 6** (Sample image of standard eye top tube caps).

7



**Figure 4**



**Figure 5**



**Figure 6**

25.    The issues with standard, loose-fitting caps prompted MATI to find a solution: the swaging of line posts and corner posts, as discussed in further detail below.

**IV.    The Chain Link Framework with Swaged Line Posts and Swaged Corner Posts**

26.    To address the problem of premature corrosion of the line posts and corner posts due to loose-fitting caps and to provide further support to the overall structural integrity of the chain link framework, MATI invented (and patented) a significant breakthrough improvement where it would swage one end of the line posts and corner posts.

27.    The swaging of the line posts and corner posts allow specially designed, cast steel tube caps ("tube caps") to tightly fit over the ends of the swaged line posts and swaged corner posts. *See* **Figure 7** (Sample image of swaged line posts and corner posts with specially designed tube caps).



**Figure 7**

28.    More specifically, MATI's tube caps contain friction rails on the inside of the caps that interfere and "lock into place" (*i.e.*, create a tight bond) with the swaged ends of the line posts

and corner posts.[3] *See* **Figures 8** and **9** (Sample images of standard tube caps (*i.e.*, without friction rails) and specially designed tube caps (*i.e.*, containing friction rails)).



**Figure 8**



**Figure 9**

[3] MATI also adds indentations to the inside bottom of the tube caps to help increase the interference fit between the swaged line posts/swaged corner posts and the tube caps.

29. MATI's swaged line posts and swaged corner posts fitted with specially designed tube caps create an unparalleled tightness between the post and the tube cap that is markedly different than non-swaged posts placed with standard caps. *See* **Figure 10** (Sample images of the tightness of standard tube caps (*i.e.*, without friction rails) on non-swaged line/corner posts vs. specially designed tube caps (*i.e.*, containing friction rails) on swaged line/corner posts).



**Figure 10**

30. The process of creating a tighter bond between the swaged line posts and swaged corner posts also improves the overall structural integrity of the chain link fencing, making it much

sturdier than chain link fencing offered by MATI's competitors, which use non-swaged posts and standard caps.[4]

31.     As shown in **Figures 3, 7, and 9**, MATI's swaged corners posts are fitted with specially designed "end tube caps," and the swaged line posts are fitted with specially designed "eye top" tube caps. The swaged line posts that are fitted with the eye top tube caps intersect with the top rails of the chain link framework. Specifically, the top rails go through the opening of the eye tops, resting on the bottom portion of the circular eye tops.

## V.     <u>Overview of the Swaging Process</u>

32.     The swaging technique employed on the line and corner posts is a unique process invented by MAT Holdings, MATI's parent company.

33.     The swaging technique invented by MAT Holdings has undergone thorough reviews, studies, and refinement over the years.

34.     Indeed, to protect the intellectual property behind the unique technical process of swaging line posts and corner posts, in June 2019, MAT Holdings, submitted and obtained a patent with the United States Patent and Trademark Office ("<u>USPTO</u>"). *See* U.S. Patent No. 11,274,466.

35.     In the patent application to the USPTO filed on June 25, 2018, Application No. 16/429,957 (the "<u>Swaging Patent Application</u>"), MAT Holdings explained that "loose" fitting standard caps "tend to rattle or move relative to each other," whereas swaged pipes allow the components to be "securely held together" and thereby provide a "more secure assembled fence."

---

[4] As discussed in Section VI, the swaging of the line posts and corner posts has given MATI a competitive advantage over others in the U.S. market, evidenced by the fact that is has been the standard offering for Home Depot, the world's largest home improvement retailer with a dominant market share in the United States.

36.     The swaging process is highly scientific – it provides a telescoping engagement with the swaged line posts or swaged corner posts and specially designed cast steel tube caps. The swaging does so by increasing the frictional engagement, providing a more positive, tight bond and fit.

37.     The process of manufacturing swaged line posts and swaged corner posts requires specialized proprietary machinery that is capable of changing the physical dimensions on the ends of the steel posts. Below is a general overview of the swaging process on the line and corner posts:

| # | Description |
|---|---|
| 1 | [ |

[ ]

38.     The machinery involved here, which contains a dual function of swaging and flaring, was specially designed and developed per MATI's proprietary design concept.

39.     The main steps in the production process are described in the chart below:

| # | Production Process | Description |
|---|---|---|
| 1 | [ | |

| # | Production Process | Description |
|---|---|---|
| | | |

40.     Vietnam Haiphong Hongyuan Machinery Manufactory Co., Ltd ("VHHM"), an affiliate of MATI, is MATI's foreign supplier of the swaged line posts and swaged corner posts charged with "swaging" the posts in accordance with MAT Holdings' patent.

41.     In April 2023, U.S. Department of Commerce ("Commerce") officials "verified" VHHM (*i.e.*, conducted an in-person audit) in an unrelated antidumping ("AD") and countervailing ("CVD") circumvention proceeding.

42.     The Commerce verification report confirmed that the swaging of MATI's line posts and corner posts is an important and integral step in the manufacturing process, requiring large and complex machinery.

43.     On November 2, 2023, Commerce issued its Final Determination in the unrelated antidumping and countervailing circumvention proceeding. While Commerce found that exports of pipes from Vietnam, Korea, and India were circumventing AD/CVD orders, it found that MATI's affiliate, VHHM, made "no shipments" of the merchandise subject of the inquiry (*i.e.*,

circular welded pipe made from hot-rolled steel from either China, India, or Korea) and thus found that MATI did not circumvent the AD/CVD orders.[5]

## VI.   Tariff Classification of the Swaged Line Posts and Swaged Corner Posts

44.     The patented swaging technique employed on the line posts and corner posts, which are parts of the chain link framework, have been the standard offering of Home Depot, the world's largest home improvement retailer with a dominant market share in the United States.[6] *See* **Exhibit**

---

[5] *Circular Welded Carbon Quality Steel Pipe from the People's Republic of China:* Final Affirmative Determination of Circumvention of the Antidumping Duty and Countervailing Duty Orders (Dept. of Commerce Nov. 2, 2023) (unpublished)*; Certain Welded Carbon Steel Standard Pipes and Tubes from India*: Final Affirmative Determination of Circumvention of the Antidumping Duty Order (Dept. of Commerce Nov. 2, 2023) (unpublished); *Certain Circular Welded Non-Alloy Steel Pipe from the Republic of Korea*: Final Affirmative Determination of Circumvention of the Antidumping Duty Order (Dept. of Commerce Nov. 2, 2023) (unpublished). On August 9, 2023, Commerce issued a negative determination for the Taiwan-related inquiry finding that there was no circumvention of the AD/CVD orders. *Certain Circular Welded Carbon Steel Pipes and Tubes From Taiwan and Circular Welded Non-Alloy Steel Pipe From Taiwan:* Negative Final Determinations of Circumvention of the Antidumping Duty Orders, 88 Fed. Reg. 53864 (Dept. of Commerce Aug. 9, 2023).

[6] On its website, Home Depot's website includes the following in its product description of Everbilt chain link corner posts (end/terminal posts):

> Everbilt Chain Link Corner Posts (End/Terminal Posts) are a mandatory fence material when building a fence that is stable and secure around your property. The steel corner fence post is placed at the end of a line of fence (against building), at chain link fence corner or as gate posts. Each 8 ft. L chain link end post should be placed at least 18 in. in the ground for maximum support. Chain link mesh fabric is stretched between the posts and connected with tension bars/bands. (Fabric and connectors not included). Every Everbilt Chain Link Fence Corner Post is manufactured with one traditional smooth end for installing flat caps and **Patented swaged end** (US 11,274,466 B2). **The swaged terminal post end design produces a tighter and more secure fit.**

Product Description for Everbilt 2-3/8 in. Dia x 8 ft. 16-Gague Galvanized Steel Chain Link Fence Corner Post (emphasis added), *at* https://www.homedepot.com/p/Everbilt-2-3-8-in-Dia-x-8-ft-16-Gauge-Galvanized-Steel-Chain-Link-Fence-Corner-Post-328944DPTSEB/312373068.

**2** (Sample images of the swaged line posts and swaged corner posts as marketed on the Home Depot website).

45.    Given its functional utility, the unique swaging process has provided MATI a competitive advantage over its competitors in the U.S. fencing market.

46.    At the time the swaged line posts and swaged corner posts were introduced into the U.S. market in 2018, MATI determined that its HTSUS classification was Subheading 7308.90.6000. This decision was made based on, *inter alia*, a plain reading of HTS Heading 7308, a review of the Explanatory Notes, a review of CBP rulings, and other due diligence.

47.    Heading 7308 of the HTS provides for "structures (excluding prefabricated buildings of heading 94.06) and parts of structures (for example, bridges and bridge sections, lock gates, towers, lattice masts, roofs, roofing frame works, doors and windows and their frames and thresholds for doors, shutters, balustrades, pillars and columns), of iron or steel; plates, rods, angles, shapes, sections, tubes and the like, prepared for use in structures, of iron or steel."

48.    According to EN to HTS Heading 7308, apart from the structures and parts of structures mentioned in the heading, the heading also covers "assembled railings and fencing" and its "parts" such as tubes that have been *prepared* (*e.g.*, drilled, bent, or notched) for use in structures. The EN to HTS Heading 7308 explains that structures classifiable under HTS Heading 7308 are "characterized by the fact that once they are put in position, they generally remain in that position."

49.    CBP has also consistently classified swaged steel posts under HTS 7308. In two rulings issued specifically to MATI, N019628 (Nov. 19, 2007) and N019830 (Nov. 19, 2007), CBP considered the classification of imported posts. In both rulings, the posts are described as chain link posts that are used to support, frame, and hold chain link fabric of the fencing system.

The posts are either straight pieces or posts with swaged ends, with either form of post possibly having two or four holes drilled on each end or indentations on the surface of the metal. In reaching its classification determination, CBP considered germane only whether the posts were straight versus those that were swaged. In other words, the drilling or indenting of the surface of the metal did not affect the classification of the posts. CBP determined that straight posts were classified under HTSUS Subheading 7306.30.5032, and swaged posts were classified under HTSUS Subheading 7308.90.6000.

50.     Additionally, in other rulings concerning products similar to MATI's imported swaged line posts and corner posts, CBP classified swaged steel posts under HTS Heading 7308. For example, in HQ 968133 (May 4, 2006), CBP considered the classification of swaged steel tubes used as fence posts. The tubes at issue were swaged on one or both ends. To assess the correct HTS classification, CBP analyzed EN to HTS Heading 7308 to determine whether the swaging of the tubes made it such that the tubes could be considered "parts" of the structure (*i.e.*, steel fencing) "prepared" for use in that structure. In determining that it did, CBP explained:

> In this context, the term *swage* connotes a "… A tool for bending or shaping cold metal." *Webster's II New Riverside University Dictionary* (1984), and *swaging* is "forming a taper or a reduction on metal products such as rod and tubing by forging, squeezing or hammering." *Metals Handbook*, (8th. Ed., Vol. 1).

Against this backdrop, CBP ruled that the swaging "prepared" the tubes for use as fence posts and top rails to support the steel fencing. CBP therefore classified the tubes under HTSUS Subheading 7308.90.9590 as "parts" of an HTS Heading 7308 structure.

51.     Additionally, in NY N153578 (Mar. 30, 2011), CBP considered the classification of steel fence posts. The tubes at issue were imported in three different conditions: (1) plain ended; (2) swaged; and (3) two pre-drilled holes. CBP determined that the swaged tubes were correctly

classified under HTSUS Subheading 7308.90.9590, whereas the plain ended and pre-drilled tubes were classified under HTSUS Subheading 7306.61.5000.

52.    Thus, based on the plain reading of HTS Heading 7308, a review of the EN, and CBP rulings described above, MATI determined that the swaged line posts and corner posts were correctly classified under HTSUS Subheadings 7308.90.6000.[7]

## VII.   Administrative History

### A.    HSI's Administrative Summonses and CBP's Loss of Revenue Calculations

53.    On August 12, 2022, the Department of Homeland Security, Homeland Security Investigations ("HSI"), issued four administrative summonses requesting information on the importation, acquisition, purchase, production, manufacture, and sale of chain link fence posts (*i.e.*, line posts, corner posts, and punched posts[8]) entered by MATI between January 1, 2018, through August 12, 2022.

54.    Between September 30, 2022, through February 21, 2023, MATI provided responses and documentation in response to HSI's summonses.

---

[7] We also note for the Court's context that CBP recently issued Ruling N329832 (Dec. 21, 2022), where CBP determined that swaged fence posts were classified under HTUS Subheading 7308.90.9590.

[8] Punched posts are straight steel posts that are used solely in wooden fencing structures. The punched posts have three indents that are formed when the holes are punched through to accommodate bolts and nuts. Unlike the swaged line posts and swaged corner posts, the punched posts do not have swaged ends and are covered with a "flat cap." While the punched posts are not germane to this Complaint or relevant for purposes of classifying the swaged line posts and swaged corner posts under the HTSUS, MATI provides this description for the Court's context.

**B.      CBP's Rejection of Entry Summaries**

55.      On May 17, 2023, CBP rejected 158 entries of swaged line posts because they would soon liquidate under HTSUS subheading 7308.90 without the assessment of Section 232 steel and aluminum duties.

56.      Between May 31, 2023 – June 27, 2023, MATI's customs brokers refiled the 123 entries under HTSUS subheading 7306.30, and MATI paid the Section 232 steel and aluminum duties. Because the entries were refiled, MATI paid approximately $1.3 million in Section 232 duties.

57.      The balance of the 158 rejected entries were identified as steel pet gates/enclosures and therefore properly classified under HTSUS subheading 7308.90. Accordingly, pursuant to CBP's instructions, MATI's customs brokers identified these entries for CBP so that CBP could release these entries.

**C.      MATI's June 23, 2023 Protest**

58.      On May 19, 2023, CBP issued a CBP Form 29 Final Notice of Action ("Notice of Action"). In the Notice of Action, CBP stated that the subject merchandise was incorrectly classified under HTS Subheading 7308.90.6000 and properly classified under HTS Subheadings 7306.30.50320 (16 gauge and lower) or, where applicable, 7306.30.1000 (18 gauge and higher), both of which were subject to the 25% Section 232 steel and aluminum duties.

59.      The Notice of Action stated that "Ruling N019830 {could} not be claimed against the goods as … classifications set forth by a tariff-classification ruling will only be applied with respect to transactions involving articles identical to the sample submitted with the ruling request. The ruling only covered swaged top rails."

60.     The Notice of Action covered six entries of swaged line and swaged corner posts for which CBP determined that MATI owed $83,431, resulting from the Section 232 25% duties.

61.     On June 23, 2023, MATI filed the Protest, contesting CBP's determination that the six entries subject of the Notice of Action were properly classified under HTS Heading 7306. In the Protest, MATI argued that the entries were properly classified under HTS Subheading 7308.90.6000.

62.     The Protest included an Application for Further Review ("AFR"), which provided detailed reasons why the Protest involved questions of law and fact that had not been ruled upon by the Commissioner of CBP or any CBP headquarter official, or by the Customs courts. In particular, the Protest presented the question of whether CBP improperly classified the swaged line posts and swaged corner posts under HTS Heading 7306. Additionally, the AFR noted that the classification of swaged line and swaged corner posts under HTS Heading 7306 was inconsistent with a decision made by CBP, where the same or substantially similar merchandise had been classified under HTS 7308. Finally, the AFR raised legal and factual issues of whether CBP's determination in its Notice of Action was correct where it noted that "Ruling N019830" could not be claimed against the subject merchandise because the ruling only covered "swaged top rails," despite the swaged line and corner posts being the same or substantially similar merchandise.

63.     On August 15, 2023, the Protest was suspended by CBP's Centers of Excellence Base Metals/Port of Detroit ("CEE-Base Metals"). The Protest remained suspended until its eventual denial on September 5, 2023.

20

**D.     CBP's Denial of the Protest and AFR**

64.     On September 5, 2023, via email, Supervisory Import Specialist for the CEE-Base

Metals denied the Protest in a two-sentence decision, noting:

> The CBP binding ruling number N019628 issued to {MATI} classifie{d} steel tube
> without swaged ends in subheading 7306.30. This steel tube does not have swaged
> ends and the classification was correct as it was originally entered.

65.     Neither in CPB's denial of the Protest nor in any other communications with MATI

did CBP ever provide a reasoning for its denial of the AFR.

66.     Specifically, CBP never provided any reasoning as to how it determined that the

line posts and corner posts "{did} not have swaged ends." In fact, CBP is plainly in error when it

stated in its protest denial the line and corner posts at issue were not swaged.

## COUNT I
### (Classification)

67.     Plaintiff hereby repeats and re-alleges all paragraph set forth above as if fully set

forth herein.

68.     CBP's decision to deny the Protest and classify the swaged line posts and swaged

corner posts under HTS Heading 7306, instead of HTS Heading 7308, was incorrect and contrary

to law.

69.     The correct HTSUS classification for swaged line posts and swaged corner posts is

under HTSUS Subheading 7308.90.6000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

1. Hold that CBP's denial of Plaintiff's Protest was not in accordance with law.

2. Find that MATI's swaged line posts and swaged corner posts are properly classified
   under HTSUS Subheading 7308.90.6000.

21

3.  Order CBP to reliquidate all associated entries and to calculate duties based on the classification of the goods as supported by the reasons set forth in this Complaint.

4.  Order the refund of all duties paid in excess, together with interest accruing thereon, and

5.  Grant such other and further relief as the Court may deem necessary and proper.

Dated: November 14, 2023

Respectfully submitted,

/s/ Jackson D. Toof
Jackson D. Toof, Esq.
Mario A. Torrico, Esq.

ARENTFOX SCHIFF LLP
1717 K Street, N.W.
Washington, D.C. 20006
Tel:     (202) 857-6000
Fax:    (202) 857-6395
Email:  jackson.toof@afslaw.com
        mario.torrico@afslaw.com

*Counsel for Midwest Air Technologies, Inc.*

22

# EXHIBIT 1



# CHAIN LINK
## FENCING PRODUCTS





6700 WILDLIFE WAY
LONG GROVE, IL 60047



# CHAIN LINK
## FENCING PRODUCTS

Yard Gard® brand of quality chain link fencing meets the needs of residential property owners, industry and municipalities. Yard Gard® is manufactured and distributed by Midwest Air Technologies, Inc.

Chain link fencing has long been the fence of choice for schools, baseball fields, tennis courts, businesses, homes and government facilities.  Chain link owes its popularity to ease of installation, configuration options, see-through characteristics, durability, and exceptional value.

We offer everything you need to customize your fence including fabric, framework, fittings and gates.

For more information about our products, please call **1-800-628-8815**



## FABRIC

| | | |
|---|---|---|
| **1** | **FABRIC** | Same as total linear footage of fence, less gate opening(s) |

## FRAMEWORK

| | | |
|---|---|---|
| **2** | **TOP RAIL** | Same as linear footage of fence fabric |
| **3** | **TERMINAL POST** | 1 per each corner; 1 per each end; 2 per each gate |
| **4** | **LINE POST** | One each every 8' to 10' |

## FITTINGS

| | | |
|---|---|---|
| **5** | **EYE TOP** | 1 per each line post |
| **6** | **TENSION BAND** | 3 to 5 for each post depending on height |
| **7** | **BRACE BAND** | 1 per each rail end |
| **8** | **RAIL END** | 1 per each gate post; 1 per each end post; 2 per each corner post |
| **9** | **POST CAP** | 1 per each terminal post |
| **10** | **CARRIAGE BOLT - 5/16" x 1-1/4"** | 1 per each brace band; 1 per each tension band |
| **11** | **CARRIAGE BOLT - 3/8" x 2"** | 1 per each frame hinge |
| **12** | **CARRIAGE BOLT - 3/8" x 3"** | 1 per each post hinge |
| **13** | **TIE WIRE** | 1 per every 24" of top rail and 1 per every 12" of line posts |
| **14** | **TENSION BAR** | 1 per each gate post; 1 per each end post; 2 per each corner post |
| **15** | **FRAME HINGE** | 2 per each walk gate; 4 per each drive gate |
| **16** | **POST HINGE** | 2 per each walk gate; 4 per each drive gate |
| **17** | **FORK LATCH** | 1 per each walk gate |

## GATES

| | | |
|---|---|---|
| **18** | **GATES** | As needed |

Need help planning your fence project? Just scan the QR code or type in http://www.yard-gard.com/fence_calculator.php in your favorite browser. Enter fence dimentions and obtain a personalized list of materials needed to complete your project.




# FABRIC

Chain link fabric is highly valued for its durability and longevity. Chain link fencing delineates property lines and provides security for pets and children, at an extremely reasonable cost. Yard Gard® has an extensive inventory of the highest quality chain link available. We stock a wide variety of different heights and gauges of chain link fence fabric to accommodate any commercial or residential job application. Additional products are available through special order. See page 19 for special order details.







**PLEASE CALL: 1.800.628.8815**

**Chain link fabric is available in a galvanized or vinyl-coated finish:**

- Standard heights available: 4', 5' and 6'
- Gauge options: 9, 11.5 and 12.5
- Mesh sizes: 2" or 2-3/8"

Color coated fabric and additional gauges available through special order. Call for information.



2-3/8"

**Diamond Fabric Mesh Size
Measure Diagonally
(Example of 2-3/8" Mesh)**

| MAT Item Number | MAT Product Description | Roll Size | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 308754A | Fabric, 2-3/8" Mesh, 12.5 gauge | 48" x 50' | Pallet | 60.8 | 9 | 547.2 | 0 99713 38754 6 | 1 |
| 308755A | Fabric, 2-3/8" Mesh, 12.5 gauge | 60" x 50' | Pallet | 76.2 | 9 | 685.8 | 0 99713 38755 3 | 1 |
| 308756A | Fabric, 2-3/8" Mesh, 12.5 gauge | 72" x 50' | Pallet | 91.7 | 9 | 825.3 | 0 99713 38756 0 | 1 |
| 308704A | Fabric, 2-3/8" Mesh, 11.5 gauge | 48" x 50' | Pallet | 72.1 | 9 | 648.9 | 0 99713 38704 1 | 2 |
| 308705A | Fabric, 2-3/8" Mesh, 11.5 gauge | 60" x 50' | Pallet | 90.6 | 9 | 815.4 | 0 99713 38705 8 | 2 |
| 308706A | Fabric, 2-3/8" Mesh, 11.5 gauge | 72" x 50' | Pallet | 108.2 | 9 | 973.8 | 0 99713 38706 5 | 2 |
| 308804A | Fabric, 2" Mesh, 9 gauge | 48" x 50' | Pallet | 141.2 | 9 | 1,270.8 | 0 99713 38804 8 | 2 |
| 308806A | Fabric, 2" Mesh, 9 gauge | 72" x 50' | Pallet | 216.3 | 9 | 1,946.7 | 0 99713 38806 2 | 2 |
| 30870R48 | Repair Fabric, 2-3/8" Mesh, 11.5 gauge | 48" x 10' | Each | 14.5 | 1 | 14.5 | 0 99713 03439 6 | 2 |

† UOM: Unit of Measure.
* See page 19 for Prop 65 details.

# FRAMEWORK

Framework supports the chain link fabric. The fabric is stretched between terminal posts and is supported by the line posts and the top rails. Our framework is made of galvanized tubular steel. Galvanization provides weather protection and long life. We use a heavier gauge tubing which enhances the durability and function of the fence.

Swaged posts are compatible with standard caps and accessories.
* High quality 16 gauge galvanized steel
* Can be set using either end of post
* Can be top cut to level height

**SWAGED**
\* Patent pending





Top Rail

Line Post



Terminal Post





Consider several things when deciding on the framework for your chain link fence. The gauge of the steel and diameter of the posts are most important.

- Galvanized coating extends life
- Top rails available in 1-3/8" diameter
- Line posts available in 1-5/8" diameter
- Terminal posts available in 2-3/8" diameter
- Thickness options: 16 gauge (0.065") and 17 gauge (0.055")

Meets or exceeds ASTM A641 / A 641M standard for zinc-coated galvanized carbon steel





Terminal Post



Line Post



Top Rail

Use non swaged end if installing flat caps.

Color coated framework and additional gauges available through Special order. Call for information.

| MAT Item Number | MAT Product Description | Size | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 328913DPT | Top Rail, 17 gauge | 1-3/8" x 10' 6" | Bdl | 8.0 | 91 | 728.0 | 0 99713 38913 7 | 2 |
| 328914A | Top Rail, 17 gauge | 1-3/8" x 21' | Bdl | 16.0 | 91 | 1,456.0 | 0 99713 38914 4 | 2 |
| 328920DPTS | Line Post, 16 gauge | 1-5/8" x 5' 6" | Bdl | 5.8 | 61 | 353.8 | 0 99713 38920 5 | 2 |
| 328921DPTS | Line Post, 16 gauge | 1-5/8" x 6' | Bdl | 6.3 | 61 | 384.3 | 6 59099 38921 5 | 2 |
| 328922DPTS | Line Post, 16 gauge | 1-5/8" x 7' | Bdl | 7.4 | 61 | 451.4 | 6 59099 38922 2 | 2 |
| 328923DPTS | Line Post, 16 gauge | 1-5/8" x 8' | Bdl | 8.4 | 61 | 512.4 | 0 99713 38923 6 | 2 |
| 328941DPTS | Terminal Post, 16 gauge | 2-3/8" x 5' 6" | Bdl | 8.6 | 37 | 318.2 | 0 99713 38941 0 | 2 |
| 328942DPTS | Terminal Post, 16 gauge | 2-3/8" x 6' | Bdl | 9.3 | 37 | 344.1 | 6 59099 38942 0 | 2 |
| 328943DPTS | Terminal Post, 16 gauge | 2-3/8" x 7' | Bdl | 10.9 | 37 | 403.3 | 6 59099 38943 7 | 2 |
| 328944DPTS | Terminal Post, 16 gauge | 2-3/8" x 8' | Bdl | 12.5 | 37 | 462.5 | 6 59099 38944 4 | 2 |
| 328954DPTS | Terminal Post, 15 gauge | 2-3/8" x 8' | Bdl | 14.1 | 37 | 523.0 | 0 99713 38954 0 | 2 |
| 328956DPTS | Terminal Post, 15 gauge | 2-3/8" x 10' | Bdl | 17.7 | 37 | 654.0 | 0 99713 38956 4 | 2 |
| 328957DPTS | Terminal Post, 15 gauge | 2-3/8" x 11' | Bdl | 18.8 | 27 | 696.0 | 0 99713 04656 6 | 2 |
| 328958AS | Terminal Post, 15 gauge | 2-3/8" x 12' | Bdl | 20.1 | 37 | 744.0 | 0 99713 38958 8 | 2 |

† UOM: Unit of Measure.
* See page 19 for Prop 65 details.

Top Rail    Line Post    Terminal Post

**CHAIN LINK FENCING PRODUCTS**

# FITTINGS

Whether repairing an existing fence or installing an entirely new fence, chain link fittings tie the whole project together and add finishing touches to the installation. Supplied in custom coroplast display boxes, all of our fittings come out the shipping box ready for your shelf. Stock plenty of the most common elements to ensure your customers never leave empty handed.

We supply bullet caps, eye tops, post caps, rail ends, brace bands, tension bands, nuts and bolts, gate hardware and more. Be sure to get an accurate count of all fittings needed for a customer's project. Walk through the on line Chain Link Fence Calculator with your customer so that you both have confidence that nothing was missed. The link can be found on page 3.







**PLEASE CALL: 1.800.628.8815**

Our fittings are made from die-cast aluminum or galvanized steel. Common items like post caps and eye caps are made from die-cast aluminum. Many of our die-cast aluminum fitting are available in hot-dipped galvanized steel. See our special order catalog for more details on these alternatives. Gate hardware, such as fork latches, frame hinges, and post hinges are made from steel and are hot-dipped galvanized to resist corrosion.

Meets or exceeds ASTM A641 / A 641M standard for zinc-coated galvanized carbon steel

Color coated fittings available through special order. Call for information.

| MAT Item Number | MAT Product Description | Size | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 328565B | Acorn Cap | 2-3/8" | Box | 0.3 | 25 | 7.2 | 0 99713 03086 2 | 1 |
| 328569C | Bullet Cap, No Way | 2-3/8" x 1-3/8" | Box | 0.3 | 25 | 5.8 | 0 99713 04640 5 | 1 |
| 328568C | Bullet Cap, 1-Way | 2-3/8" x 1-3/8" | Box | 0.3 | 25 | 7.4 | 0 99713 04639 9 | 1 |
| 328567C | Bullet Cap, 2-Way | 2-3/8" x 1-3/8" | Box | 0.4 | 15 | 10.0 | 0 99713 04481 4 | 1 |
| 328551B | Butterfly Latch | 1-7/8" x 1-3/8" | Box | 0.7 | 25 | 17.5 | 0 99713 03078 7 | 1 |
| 328552C | Butterfly Latch | 2-3/8" x 1-3/8" | Box | 3.7 | 6 | 5.9 | 0 99713 04636 8 | 1 |
| 328570C | Flat Cap, Post Plug | 2-3/8" | Box | .1 | 50 | 7.8 | 0 99713 04641 2 | 2 |
| 328623C | Gate Ell w/Nuts & Bolts | 1-3/8" x 1-3/8" | Box | 0.4 | 20 | 7.8 | 0 99713 04485 2 | 1 |
| 328556C | Eye Top | 1-5/8" x 1-3/8" | Box | 0.1 | 60 | 6.6 | 0 99713 04476 0 | 1 |
| 328555C | Eye Top | 1-7/8" x 1-3/8" | Box | 0.2 | 50 | 9.8 | 0 99713 04475 3 | 1 |
| 328560C | Post Cap | 1-5/8" | Box | 0.1 | 30 | 2.1 | 0 99713 04480 7 | 1 |
| 328559C | Post Cap | 1-7/8" | Box | 0.1 | 80 | 6.3 | 0 99713 04479 1 | 1 |
| 328558C | Post Cap | 2-3/8" | Box | 0.1 | 90 | 8.7 | 0 99713 04638 2 | 1 |
| 328550C | Rail End | 1-3/8" | Box | 0.1 | 60 | 5.5 | 0 99713 04472 2 | 1 |
| 328554C | Tie Wire, 11 gauge (bag of 30) | 6-1/2" | Box | 0.3 | 50 | 10.3 | 0 99713 04637 5 | 1 |

† UOM: Unit of Measure.
* See page 19 for Prop 65 details.


Butterfly Latch


Bullet Cap


1-Way Bullet Cap


2-Way Bullet Cap


Acorn


Flat Cap


Post Cap


Rail End


Tie Wires


Eye Top


Gate Ell w/ Bolts

| MAT Item Number | MAT Product Description | Size | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 328586B | Barb Wire Arm | 1-5/8" | Box | 1.8 | 20 | 36.0 | 0 99713 03092 3 | 3 |
| 328589B | Barb Wire Arm | 2-3/8" | Box | 2.1 | 15 | 30.1 | 0 99713 03093 0 | 3 |
| 328529C | Brace Band | 1-5/8" | Box | 0.1 | 30 | 3.7 | 0 99713 04469 2 | 3 |
| 328527B | Brace Band | 1-7/8" | Box | 0.1 | 200 | 26.4 | 0 99713 03065 7 | 3 |
| 328528C | Brace Band | 2-3/8" | Box | 0.2 | 60 | 11.9 | 0 99713 04467 8 | 3 |
| 328704C | Cane Bolt Assembly | 36" | Box | 3.2 | 6 | 18.8 | 0 99713 04490 6 | 3 |
| 328705B | Cane Bolt Assembly | 44" | Box | 3.9 | 10 | 39.0 | 0 99713 03110 4 | 3 |
| 328500C | Carriage Bolt w/Nut (10 sets/bag) | 5/16" x 4-1/2" | Box | 1.1 | 25 | 24.6 | 0 99713 04647 4 | 3 |
| 328502C | Carriage Bolt w/Nut (20 sets/bag) | 5/16" x 1-1/4" | Box | 1.0 | 20 | 18.0 | 0 99713 04457 9 | 3 |
| 328503C | Carriage Bolt w/Nut (10 sets/bag) | 3/8" x 2" | Box | 0.9 | 15 | 13.7 | 0 99713 04458 6 | 3 |
| 328504C | Carriage Bolt w/Nut (10 sets/bag) | 3/8" x 3" | Box | 1.4 | 12 | 15.4 | 0 99713 04459 3 | 3 |
| 328534C | Fork Latch w/Bolt | 1-3/8" x 2-3/8" | Box | 0.9 | 10 | 8.0 | 0 99713 04471 5 | 3 |
| 328668B | Fork Latch w/Bolt | 1-3/8" x 1-3/8" | Box | 0.8 | 20 | 16.1 | 0 99713 03105 0 | 3 |
| 328670B | End Rail Clamp w/Bolt & Nut | 1-3/8" x 1-3/8" | Box | 0.9 | 25 | 24.0 | 0 99713 03106 7 | 3 |
| 328633C | Gate Clip | 1-3/8" | Box | 0.1 | 25 | 2.3 | 0 99713 04486 9 | 3 |
| 328580D | Gate Closer, Automatic | 2-3/8" x 1-3/8" | Box | 1.7 | 14 | 23.8 | 6 59099 38580 4 | 3 |
| 328536C | Walk Gate Hardware Set | 2-3/8" | Box | 3.0 | 6 | 17.6 | 0 99713 04633 7 | 3 |
| 328538C | Drive Gate Hardware Set | 2-3/8" | Box | 4.3 | 6 | 24.4 | 0 99713 04634 4 | 3 |
| 328532C | Gate Frame Hinge | 1-3/8" x 5/8" | Box | 0.3 | 30 | 8.7 | 0 99713 04470 8 | 3 |
| 328612C | Gate Frame Hinge | 1-5/8" x 5/8" | Box | 0.5 | 15 | 7.1 | 0 99713 04484 5 | 3 |
| 328531C | Gate Post Hinge | 1-7/8" | Box | 0.6 | 25 | 12.9 | 0 99713 04632 0 | 3 |
| 328530C | Gate Post Hinge | 2-3/8" | Box | 0.6 | 25 | 14.5 | 0 99713 04631 3 | 3 |

† UOM: Unit of Measure.

* See page 19 for Prop 65 details.



Barbed Wire Arm    Cane Bolt Assembly    Gate Closer - Automatic    Stretcher Bar    Tension Bar

Fork Latch    Gate Clip    End Rail Clamp    Carriage Bolt w/ Nut    Brace Band

**PLEASE CALL: 1.800.628.8815**

| MAT Item Number | MAT Product Description | Size | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 328508B | Hanger Bolt | 5/8" x 4-1/2" | Box | 0.7 | 25 | 16.3 | 0 99713 03059 6 | 3 |
| 328604C | Hog Rings (200 pcs/bag) | 12.5 gauge | Box | 1.3 | 10 | 11.0 | 0 99713 04646 7 | 3 |
| 328750A | Hog Ring Plier | 1/2" x 1" x 6" | Box | 0.6 | 5 | 3.0 | 0 99713 01317 9 | 3 |
| 328506C | Lag Screw Hinge | 5/8" x 4-1/2" | Box | 0.5 | 15 | 7.3 | 0-99713-04460-9 | 3 |
| 328526C | Panel Clamp (2 pair) | 1-3/8" x 1-3/8" | Box | 1.2 | 10 | 11.0 | 0 99713 04466 1 | 3 |
| 328544C | Panel Clamp (2 pair) | 1-5/8" x 1-5/8" | Box | 1.4 | 20 | 25.2 | 0 99713 04635 1 | 3 |
| 328546B | Panel Clamp (2 pair) | 1-7/8" x 1-7/8" | Box | 1.5 | 20 | 30.4 | 0 99713 03076 3 | 3 |
| 328753DPT | Stretcher Bar, 3 Hook | 36" | Each | 5.0 | 1 | 5.0 | 6 59099 38753 2 | 3 |
| 328583C | Swivel Wheel | 1-3/8" | Box | 5.5 | 5 | 27.2 | 0 99713 04642 9 | 3 |
| 328522C | Tension Band | 1-3/8" | Box | 0.2 | 30 | 5.5 | 0 99713 04462 3 | 3 |
| 328521C | Tension Band | 1-5/8" | Box | 0.2 | 85 | 11.7 | 0 99713 04461 6 | 3 |
| 328523C | Tension Band | 1-7/8" | Box | 0.2 | 85 | 12.6 | 0 99713 04463 0 | 3 |
| 328524C | Tension Band | 2-3/8" | Box | 0.2 | 75 | 12.8 | 0 99713 04464 7 | 3 |
| 328512DPT | Tension Bar, 7 gauge, 3/16" x 5/8" | 48" | Bdl | 1.3 | 25 | 32.5 | 6 59099 38512 5 | 3 |
| 328514DPT | Tension Bar, 7 gauge, 3/16" x 5/8" | 60" | Bdl | 1.7 | 25 | 42.0 | 6 59099 38514 9 | 3 |
| 328510DPT | Tension Bar, 7 gauge, 3/16" x 5/8" | 72" | Bdl | 2.0 | 25 | 51.0 | 6 59099 38510 1 | 3 |
| 328787DPT | Tension Wire, 9 gauge, 10 lbs. | 170' | Coil | 10.2 | 1 | 10.2 | 6 59099 38787 7 | 2 |
| 328788DPT | Tension Wire, 12.5 gauge, 10 lbs. | 392' | Coil | 10.0 | 1 | 10.0 | 6 59099 38788 4 | 2 |
| 328592C | Top Rail Sleeve | 1-3/8" x 6" | Box | 0.5 | 20 | 8.4 | 0 99713 04482 1 | 3 |
| 328598C | Wood Adapter Clamp - Adjustable | 2-3/8" | Box | 0.8 | 20 | 20.0 | 0 99713 04483 8 | 3 |
| 328595C | Wood Adapter Clamp - Corner | 2-3/8" | Box | 1.8 | 12 | 18.5 | 0 99713 04644 3 | 3 |
| 328594C | Wood Adapter Clamp - Fixed | 2-3/8" | Box | 0.6 | 30 | 18.9 | 0 99713 04643 6 | 3 |

† UOM: Unit of Measure.

* See page 19 for Prop 65 details.



Gate Frame Hinge   Gate Post Hinge   Gravity Hinge   Hanger Bolt   Tension Wire

Panel Clamp   Swivel Wheel   Tension Band   Top Rail Sleeve   Lag Screw Hinge

Fixed Wood Post Adapter   Corner Wood Adapter Clamp   Adjustable Wood Adapter   Hog Rings   Hog Ring Pliers

# PRIVACY SLATS

Our privacy slats provide 80% to 85% coverage for your privacy needs. **Permalock** premium slat system provides privacy and security to most chain link fence installation. The unique, easy to install locking rail allows slats to be secured from the top or bottom of the fence. **Channel-Lock** is an attractive, easy to install, economical alternative to the **Permalock** system. **Channel-Lock** is also an easy to install locking rail allowing slats to be secured from the top or bottom of fence. **Economy Fence Weave** features brass fasteners that keep cut-to-size woven strips in place.







**PLEASE CALL: 1.800.628.8815**

## PERMALOCK™

| MAT Item Number | MAT Product Description | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|
| 330048DBG | 4' Permalock Double Wall 48"x10' Beige | Box | 9.3 | 1 | 9.3 | 0 99713 05064 8 | 5 |
| 330048DBL | 4' Permalock Double Wall 48"x10' Black | Box | 9.3 | 1 | 9.3 | 0 99713 05062 4 | 5 |
| 330048DBR | 4' Permalock Double Wall 48"x10' Brown | Box | 9.3 | 1 | 9.3 | 0 99713 05063 1 | 5 |
| 330048DGR | 4' Permalock Double Wall 48"x10' Green | Box | 9.3 | 1 | 9.3 | 0 99713 05060 0 | 1 |
| 330048DWH | 4' Permalock Double Wall 48"x10' White | Box | 9.3 | 1 | 9.3 | 0 99713 050617 | 5 |
| 330072DBG | 6' Permalock Double Wall 72"x10' Beige | Box | 14.1 | 1 | 14.1 | 0 99713 05069 3 | 5 |
| 330072DBL | 6' Permalock Double Wall 72"x10' Black | Box | 14.1 | 1 | 14.1 | 0 99713 05067 9 | 5 |
| 330072DBR | 6' Permalock Double Wall 72"x10' Brown | Box | 14.1 | 1 | 14.1 | 0 99713 05068 6 | 5 |
| 330072DGR | 6' Permalock Double Wall 72"x10' Green | Box | 14.1 | 1 | 14.1 | 0 99713 05065 5 | 1 |
| 330072DWH | 6' Permalock Double Wall 72"x10' White | Box | 14.1 | 1 | 14.1 | 0 99713 05066 2 | 5 |

## CHANNEL-LOCK

| MAT Item Number | MAT Product Description | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|
| 330148SBG | Channel-Lock Single Wall 48"x10' Beige | Box | 5.8 | 1 | 5.8 | 0 99713 05074 7 | 5 |
| 330148SBL | Channel-Lock Single Wall 48"x10' Black | Box | 5.8 | 1 | 5.8 | 0 99713 05072 3 | 5 |
| 330148SBR | Channel-Lock Single Wall 48"x10' Brown | Box | 5.8 | 1 | 5.8 | 0 99713 05073 0 | 5 |
| 330148SGR | Channel-Lock Single Wall 48"x10' Green | Box | 5.8 | 1 | 5.8 | 0 99713 05070 9 | 1 |
| 330148SWH | Channel-Lock Single Wall 48"x10' White | Box | 5.8 | 1 | 5.8 | 0 99713 05071 6 | 5 |

## ECONOMY FENCE WEAVE

| MAT Item Number | MAT Product Description | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|
| 330250WBG | Economy Fence Weave 250' Beige | Box | 2.7 | 8 | 21.6 | 0 99713 05079 2 | 2 |
| 330250WBL | Economy Fence Weave 250' Black | Box | 2.7 | 8 | 21.6 | 0 99713 05077 8 | 2 |
| 330250WBR | Economy Fence Weave 250' Brown | Box | 2.7 | 8 | 21.6 | 0 99713 05078 5 | 2 |
| 330250WGR | Economy Fence Weave 250' Green | Box | 2.7 | 8 | 21.6 | 0 99713 05075 4 | 2 |
| 330250WWH | Economy Fence Weave 250' White | Box | 2.7 | 8 | 21.6 | 0 99713 05076 1 | 2 |

* See page 19 for Prop 65 details.

# STANDARD GATES

**For residential applications, two types of gates are commonly used: walk and drive.** Walk gates are generally used for people to pass through, although they can be made up to 12' wide and are always the same height as the fence. It is a single panel hinged from one terminal post and latched to another. Automatic closing mechanisms are available to shut and latch a walk gate after passage. Drive gates consist of two panels that latch in the middle of the opening. Both walk and drive gates for residential enclosures are made from 1-3/8" diameter tubing.







We offer both bent frame and welded frame options.
All materials are made of galvanized steel.



Walk Gate

Gate Opening

- Drive gates are double panels and include center drop rod & guides
- Walk gates are single panels hinged on one side and latched on the other

Color coated gates available through Special order. Call for information.

Measure inside gate post to inside gate post.
Clearances are provided for gate hardware in opening.

| MAT Item Number | MAT Product Description | Size (w) x (h) | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 308584A | Walk Gate - Bent Frame, 12.5 gauge | 39" opg. x 48" | Each | 12.3 | 1 | 12.3 | 0 99713 00822 9 | 2 |
| 308583A | Walk Gate - Bent Frame, 12.5 gauge | 39" opg. x 60" | Each | 13.1 | 1 | 13.0 | 0 99713 00930 1 | 2 |
| 308582A | Walk Gate - Bent Frame, 12.5 gauge | 39" opg. x 72" | Each | 16.3 | 1 | 16.3 | 0 99713 00928 8 | 2 |
| 328302A | Walk Gate - Bent Frame, 11.5 gauge | 42" opg. x 48" | Each | 12.1 | 1 | 12.1 | 0 99713 00899 1 | 2 |
| 328303A | Walk Gate - Bent Frame, 12.5 gauge | 42" opg. x 60" | Each | 13.6 | 1 | 13.6 | 0 99713 00911 0 | 2 |
| 328304A | Walk Gate - Bent Frame, 11.5 gauge | 42" opg. x 72" | Each | 19.4 | 1 | 19.4 | 0 99713 00900 4 | 2 |
| 328332A | Walk Gate - Bent Frame, 11.5 gauge | 48" opg. x 48" | Each | 13.2 | 1 | 13.2 | 0 99713 00929 5 | 2 |
| 328312A | Walk Gate - Welded, 9 gauge | 48" opg. x 48" | Each | 23.5 | 1 | 23.5 | 0 99713 00901 1 | 2 |
| 328314A | Walk Gate - Welded, 9 gauge | 48" opg. x 72" | Each | 20.9 | 1 | 20.9 | 0 99713 00901 1 | 2 |
| 328402A | Drive Gate - Bent Frame, 11.5 gauge | 10' opg. x 48" | Each | 32.9 | 1 | 32.9 | 0 99713 00904 2 | 2 |
| 328403A | Drive Gate - Bent Frame, 11.5 gauge | 10' opg. x 60" | Each | 42.1 | 1 | 42.0 | 0 99713 00927 1 | 2 |
| 328404A | Drive Gate - Bent Frame, 11.5 gauge | 10' opg. x 72" | Each | 53.9 | 1 | 54.0 | 0 99713 00905 9 | 2 |
| 328412A | Drive Gate - Welded, 9 gauge | 10' opg. x 48" | Each | 46.8 | 1 | 47.0 | 0 99713 00906 6 | 2 |
| 328414A | Drive Gate - Welded, 9 gauge | 10' opg. x 72" | Each | 88.4 | 1 | 89.0 | 0 99713 00923 3 | 2 |
| 328407A | Drive Gate - Bent Frame, 12.5 gauge | 12' opg. x 48" | Each | 35.5 | 1 | 36.0 | 0 99713 00912 7 | 2 |

NOTE: opg. (opening) is the distance between the posts, where gate fits. A Center Drop Rod is included with all Drive Gates.

† UOM: Unit of Measure.

* See page 19 for details.



Walk Gate - Bent Frame

Walk Gate - Welded

Drive Gate - Bent Frame

Drive Gate - Welded

# ADJUSTABLE WIDTH GATES



**Complete gate kit includes:** 72" mesh, truss wire, fork latch, frame hinges, tie wires, clips, frame, tension bars and hardware.

Features a heavy-duty steel frame. The unique design won't sag or drag. Combine two kits to build a double-drive gate. 4', 5' and 6' tall options available.

- Cut to fit custom widths
- Complete instructions included

Customize the width to fit any opening 2' – 6' wide.

| MAT Item Number | MAT Product Description | Size (h) | UOM† | Each Wt (lbs.) | Master Pack Qty | Master Pack Wt (lbs.) | UPC Code Number | *PROP 65 |
|---|---|---|---|---|---|---|---|---|
| 3283AD48 | Walk Gate - Bent Frame, adj. width, 12 gauge | 4' | Each | 22.5 | 1 | 22.5 | 7 60582 13619 0 | 1 |
| 3283AD60 | Walk Gate - Bent Frame, adj. width, 12 gauge | 5' | Each | 25.5 | 1 | 25.5 | 7 60582 13620 6 | 1 |
| 3283AD72 | Walk Gate - Bent Frame, adj. width, 12 gauge | 6' | Each | 28.9 | 1 | 28.9 | 7 60582 13629 9 | 1 |

† UOM: Unit of Measure.          * See page 19 for details.



4', 5' or 6' tall kits available.
Customize 2' to 6' wide.



| Standard Solution Center |
| --- |
| Fabric |
| Brace Band |
| Tie Wire |
| Rail End |
| Tension Band |
| Eye Top (Line Post) |
| Gate Ell (+Nuts & Bolts) |
| Post Cap |
| Fork Latch kit |
| Post Hinge |
| Walk Gate Hardware |
| Drive Gate Set |
| Carriage Nut & Bolt |
| Carriage Nut & Bolt |
| Carriage Nut & Bolt |
| Top Rail Sleeve |
| Adjustable Width Gates |

# STANDARD SOLUTION CENTER

Consumer-friendly planogram systems that include labels and signage to help guide potential customers on selection and purchases are the perfect solution for retailers with a variety of demands or looking to introduce the program. Merchandise indoor or outdoor with your framework and fabric stock.





**FREE Gondola Header Signage** provides a great visual tool for helping customers choose products with our quick find system.



**Tear-off Pads** for planning, purchasing and installing chain link fence are provided.



# REPAIR CENTER

Don't have enough space to provide complete chain link solutions? You can still serve your customers by offering a Chain Link Fence Repair Center. The Repair Center, which takes up 4 feet of retail space, contains key items that are used in fence repair. Stocked with common accessories, an adjustable gate, and 10 foot rolls of fabric, your customers will find what they need to make repairs to existing chain link fencing. Repair center contents can be customized to the unique regional requirements no matter what part of the country you are located.

| Repair Center |
|---|
| Fabric |
| Brace Band |
| Tie Wire |
| Rail End |
| Tension Band |
| Eye Top (Line Post) |
| Gate Ell (+Nuts & Bolts) |
| Post Cap |
| Fork Latch kit |
| Post Hinge |
| Walk Gate Hardware |
| Drive Gate Set |
| Carriage Nut & Bolt |
| Carriage Nut & Bolt |
| Carriage Nut & Bolt |
| Top Rail Sleeve |
| Adjustable Width Gates |





**FREE Gondola Header Signage** - provides great visual tool for helping customers choose products.



**Coroplast Display Boxes** provide strength and moisture resistance for superior product protection.

**PLEASE CALL: 1.800.628.8815**



# SPECIAL ORDER

Midwest Air Technologies' special order program makes you the destination for projects large and small. Supplement your retail stock and create additional value for your customers.

- Color fabric, framework, fittings, and gates
- Industrial, heavy duty gauge fabric and framework
- Custom sized walk and drive gates
- Complete solutions for large projects

Midwest Air Technologies offers all the necessary components to complete your one-of-a-kind project!



For more information about our products,
please call: **1-800-628-8815**



Galvanized



Green Coated



Black Coated

| CODE # | *PROP 65 WARNING |
|--------|------------------|
| 1 | WARNING: CONTAINS LEAD. May be harmful if eaten or chewed.  May generate dust containing lead. Wash hands after use.  Keep out of reach of children. ⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov. |
| 2 | ⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov. |
| 3 | ⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov. |
| 4 | ⚠ WARNING: Reproductive Harm - www.P65Warnings.ca.gov |
| 5 | No warning required |

**CHAIN LINK FENCING PRODUCTS**

FOR MORE INFORMATION ABOUT OUR PRODUCTS OR TO REQUEST A CATALOG: 1-800-628-8815





CHAIN LINK, PLASTIC & WIRE FENCING                    LAWN & GARDEN



6700 WILDLIFE WAY
LONG GROVE, IL 60047

ID-10489_010819

# EXHIBIT 2

# Swaged Line Posts



... / Lumber & Composites / Fencing / Chain Link Fencing / Chain Link Fence Posts

Internet # 312373050   Model # 328921DPTSEB   Store SKU # 1005653978

Everbilt

**1-5/8 in. Dia x 6 ft. 16-Gauge Galvanized Steel Chain Link Fence Line Post**

(97)   Questions & Answers (7)

$21 57

**South Loop Store**

✓ 31 in stock  Aisle 61, Bay 002

Pickup at South Loop          Delivering to 60607

**Pickup**

**Today**
31 in stock

**FREE**

**Delivery**

**Today**
1,595 available

**Get it as soon as today.** Schedule your delivery in checkout.

− 1 +     🛒 Add to Cart

— or —

Buy now with **PayPal**

**Free & Easy Returns In Store or Online**
Return this item within **90 days** of purchase. Read Return Policy

Live Chat

Feedback

## Product Details ∧

Everbilt Line Posts are a necessary fence material when building a fence that is stable and secure around your yard, home or business. The metal line post is placed between terminal (end) posts for added support. Each 7 ft. L post should be placed at least 18 in. in the ground for maximum support. Each Everbilt Chain Link Fence Line Post is manufactured with 1 traditional smooth end for installing flat caps and 1 Patented swaged end US 11,274,466 B2) The swaged post end design produces a tighter and more secure fit. These 1-5/8 in. Dia posts are 7 ft. L, The 16-Gauge metal chain link line post has a galvanized coating to help resist weathering and rust and increase longevity. This coating makes the metal fence post perfect for outdoor and long-term use. A full line of Everbilt Chain Link Fencing framework, fittings and gates are sold separately.

**Additional Resources**

From the Manufacturer

## Specifications

Dimensions: H 1.63 in, W 1.63 in, D 72 in

## Questions & Answers

7 Questions

**Have a question?**

Live Chat

Chat with a Home Depot expert.

**CHAT NOW**

## Customer Reviews ∨

4.6 out of 5 ★★★★★ (97)

## Frequently Bought Together

☑ Select   This Item   ☑ Select   ☑ Select   ☑ Select   ☑ Select

+     +     +     +

# Swaged Corner Posts



#1 Home Improvement Retailer

You're shopping
**South Loop** ⌄
🟢 OPEN until 10 pm

Delivering to
**60607** ⌄

Search 🔍👤

♡    **Cart** | 0 items 🛒

... / Lumber & Composites / Fencing / Chain Link Fencing / Chain Link Fence Posts

Internet # 312373068    Model # 328944DPTSEB    Store SKU # 1005654003

Best Seller

♡

Everbilt

**2-3/8 in. Dia x 8 ft. 16-Gauge Galvanized Steel Chain Link Fence Corner Post**

★★★★★ (196) ⌄ | Questions & Answers (24)

Live Chat

Feedback

**Have a question?**
Chat with a Home Depot expert.

Live Chat

**CHAT NOW**

$**31**⁹⁷

Pay **$6.97** after **$25 OFF** your total qualifying purchase upon opening a new card. ⓘ
Apply for a Home Depot Consumer Card

**South Loop Store**

✓ 21 in stock  Aisle 61, Bay 002

Pickup at South Loop          Delivering to 60607

**Pickup**
Today
21 in stock
FREE

**Delivery**
Tomorrow
388 available

**Get it as soon as tomorrow.** Schedule your delivery in checkout.

[ - ]  1  [ + ]    **🛒 Add to Cart**

— or —

Buy now with *PayPal*

**Free & Easy Returns In Store or Online**
Return this item within **90 days** of purchase. Read Return Policy

Live Chat

Feedback

## Product Details                                                    ⌃

Everbilt Chain Link Corner Posts (End/Terminal Posts) are a mandatory fence material when building a fence that is stable and secure around your property. The steel corner fence post is placed at the end of a line of fence (against building), at chain link corner or as gate posts. Each 8 ft. L chain link end post should be placed at least 18 in. in the ground for maximum support. Chain link mesh fabric is stretched between the posts and connected with tension bars/bands. (Fabric and connectors not included). Every Everbilt Chain Link Fence Corner Post is manufactured with one traditional smooth end for installing flat caps and Patented swaged end (US 11,274,466 B2). The swaged terminal post end design produces a tighter and more secure fit. These 2-3/8 in. Dia corner end fence posts are 8 ft. L. The 16-Gauge metal chain link corner post has a galvanized coating to help resist weathering and rust and increase longevity. This coating makes the metal fence fittings perfect for long-term outdoor use. A full line of Everbilt Chain Link Fencing framework, fittings and gates are sold separately.

**Additional Resources**

From the Manufacturer

Have a question?

Chat with a Home Depot expert.

Live Chat

**CHAT NOW**

## Specifications
Dimensions: H 2.38 in, W 2.38 in, D 96 in

## Questions & Answers                                                ⌄
24 Questions

## Customer Reviews                                                   ⌄
4.8 out of 5 ★★★★★ (196)

## Frequently Bought Together

☑ Select    [This Item]    ☑ Select    ☑ Select    ☑ Select    ☑ Select