UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **MIDWEST AIR TECHNOLOGIES, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**THE UNITED STATES,**<br><br>　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)  **Court No. 23-00240**<br>)<br>)<br>)<br>)<br>)<br>) |

## LIST OF AMENDMENTS

1. On page 1, title of the complaint, adding, "AMENDED" before the word, "COMPLAINT."

2. On page 19, Section C title header, changing from "MATI's June 23, 2023 Protest" to "MATI's June 30, 2023 Protest."

3. On page 20, paragraph 61, changing the date from "June 23, 2023" to "June 30, 2023."