UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

_____
                                         :
MIDWEST AIR TECHNOLOGIES, INC.,          :
                                         :
                Plaintiff,     :     Court No. 23-00240
                                         :
      v.                              :
                                         :
UNITED STATES,                           :
                                         :
                Defendant.     :
_____:

## [PROPOSED] ORDER

On consideration of defendant's motion for a stay of the case, it is hereby

ORDERED that the motion for stay is GRANTED.

 

                                            _____
                                      THOMAS J. AQUILINO, JR., SENIOR JUDGE

Dated:  New York, New York
       This ____ day of October, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | |
|---|---|
| MIDWEST AIR TECHNOLOGIES, INC., | |
| Plaintiff, | Court No. 23-00240 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR A STAY OF THE CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the case in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal defendant. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.   Opposing counsel has authorized counsel for the Government to state that the plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
|  | /s/ Guy Eddon<br>GUY EDDON<br>Senior Trial Attorney<br>U.S. Dept. of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9230 |
| Dated: October 1, 2025 | *Attorneys for Defendant* |